IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:12CR257 |
| vs. ) | |
| ) | ORDER |
| CONRAD D. LYONS, ) | |
| Defendant. ) | |

Defendant Conrad D. Lyons (Lyons) appeared before the court on June 5, 2015, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 28). Lyons was represented by Assistant Federal Public Defender Karen M. Shanahan (AFPD Shanahan) and the United States was represented by Assistant U.S. Attorney (AUSA) Douglas R. Semisch. Through his counsel, Lyons requested a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). The government requested detention. A combined probable cause and detention hearing was scheduled for June 11, 2015.

On June 11, 2015, Lyons again appeared before the court. He was represented by AFPD Shanahan. The government was represented by AUSA Michael P. Norris. The government offered Exhibit 1, a May 29, 2015, Macy Police Department report. There was no objection. Lyons presented no evidence and argued the victims were reluctant to report the incident or injuries. I find the Petition alleges probable cause and Lyons should be held to answer for a final dispositional hearing before Chief Judge Laurie Smith Camp.

The government moved for detention. The court finds Lyons has failed to carry his burden pursuant to 18 U.S.C. § 3143 and should be detained pending a dispositional hearing before Chef Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:00 a.m. on July 23, 2015**. Defendant must be present in person.

2. Defendant Conrad D. Lyons is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 11th day of June, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge